■ In the Matter of QUINCY K. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; HERBIE W., Appellant. (Proceeding No. 1.) In the Matter of JADE K. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; HERBIE W., Appellant. (Proceeding No. 2.) [938 NYS2d 904]

In a child protective proceeding, the petitioner has the burden

of proving neglect by a preponderance of the evidence (see Family Ct Act § 1046 [b] [i]; *Matter of Philip M.*, 82 NY2d 238, 243 [1993]; *Matter of Tammie Z.*, 66 NY2d 1, 3 [1985]; *Matter of Besthani M.*, 13 AD3d 452, 452 [2004]). Here, contrary to the appellant's contention, the Family Court's finding of neglect based on the use of excessive corporal punishment is supported by a preponderance of the evidence (see Family Ct Act § 1012 [f] [i] [B]; § 1046 [b] [i]; *Matter of Chanyae S. [Rena W.]*, 82 AD3d 1247, 1247 [2011]; *Matter of Isaiah S.*, 63 AD3d 948, 949 [2009]; *Matter of Joshua B.*, 28 AD3d 759, 760-761 [2006]; *Matter of Joseph O.*, 28 AD3d 562, 563 [2006]).

The appellant's remaining contentions are without merit. Skelos, J.P., Dickerson, Belen and Miller, JJ., concur.